THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHAUNCEY H. GEE, Appellant.

*People* v. *Gee*, 177 App. Div. 940, affirmed.

(Argued December 20, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1917, which affirmed a judgment of the Essex County Court rendered upon a verdict convicting the defendant of the crime of abduction.

*Peter P. Smith* for appellant.

*O. Byron Brewster* for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.